# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**
FEDERAL TRADE COMMISSION

**DEFENDANTS**
GLENN L. PATTEN, individually, and doing business as Glenn L. Patten Marketing Solutions and as Marketing Solutions

**(b)** County of Residence of First Listed Plaintiff  N/A
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant  Pottawatomie
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

FILED: SEPTEMBER 29, 2008   LI

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Theresa M. McGrew
Federal Trade Commission, 55 West Monroe Street, Suite 1825
Chicago, IL 60603, (312) 960-5634

Attorneys (If Known)
08CV5560
JUDGE GRADY
MAGISTRATE JUDGE VALDEZ

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [x] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | 1 | 1 | Incorporated or Principal Place of Business In This State | 4 | 4 |
| Citizen of Another State | 2 | 2 | Incorporated and Principal Place of Business In Another State | 5 | 5 |
| Citizen or Subject of a Foreign Country | 3 | 3 | Foreign Nation | 6 | 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| 110 Insurance | **PERSONAL INJURY** — 310 Airplane | 610 Agriculture | 422 Appeal 28 USC 158 | 400 State Reapportionment |
| 120 Marine | 315 Airplane Product Liability | 620 Other Food & Drug | 423 Withdrawal 28 USC 157 | 410 Antitrust |
| 130 Miller Act | 320 Assault, Libel & Slander | 625 Drug Related Seizure of Property 21 USC 881 | | 430 Banks and Banking |
| 140 Negotiable Instrument | 330 Federal Employers' Liability | 630 Liquor Laws | **PROPERTY RIGHTS** | 450 Commerce/ICC Rates/etc. |
| 150 Recovery of Overpayment & Enforcement of Judgment | 340 Marine | 640 R.R. & Truck | 820 Copyrights | 460 Deportation |
| 151 Medicare Act | 345 Marine Product Liability | 650 Airline Regs. | 830 Patent | 470 Racketeer Influenced and Corrupt Organizations |
| 152 Recovery of Defaulted Student Loans (excl. vet.) | 350 Motor Vehicle | 660 Occupational Safety/Health | 840 Trademark | 480 Consumer Credit |
| 153 Recovery of Overpayment of Veteran's Benefits | 355 Motor Vehicle Product Liability | 690 Other | **LABOR** | 490 Cable/Satellite TV |
| 160 Stockholders' Suits | 360 Other Personal Inj. | **PERSONAL INJURY** — 362 Personal Injury—Med. Malpractice | 710 Fair Labor Standards Act | 810 Selective Service |
| 190 Other Contract | | 365 Personal Injury — Product Liability | 720 Labor/Mgmt. Relations | 850 Security/Commodity/Exch. |
| 195 Contract Product Liability | | 368 Asbestos Personal Injury Product Liability | 730 Labor/Mgmt.Reporting & Disclosure Act | 875 Customer Challenge 12 USC 3410 |
| 196 Franchise | | **PERSONAL PROPERTY** — 370 Other Fraud | 740 Railway Labor Act | 891 Agricultural Acts |
| | | 371 Truth in Lending | 790 Other Labor Litigation | 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | 380 Other Personal Property Damage | 791 Empl. Ret. Inc. Security Act | 893 Environmental Matters |
| 210 Land Condemnation | 441 Voting | 385 Property Damage Product Liability | **SOCIAL SECURITY** | 894 Energy Allocation Act |
| 220 Foreclosure | 442 Employment | **PRISONER PETITIONS** | 861 HIA (1395ff) | 895 Freedom of Information Act |
| 230 Rent Lease & Ejectment | 443 Housing/Accommodations | 510 Motions to Vacate Sentence | 862 Black Lung (923) | 900 Appeal of Fee Determination Under Equal Access to Justice |
| 240 Torts to Land | 444 Welfare | Habeas Corpus: | 863 DIWC/DIWW (405(g)) | 950 Constitutionality of State Statutes |
| 245 Tort Product Liability | 445 ADA—Employment | 530 General | 864 SSID Title XVI | [x] 890 Other Statutory Actions |
| 290 All Other Real Property | 446 ADA — Other | 535 Death Penalty | 865 RSI (405(g)) | |
| | 440 Other Civil Rights | 540 Mandamus & Other | **FEDERAL TAX SUITS** | |
| | | 550 Civil Rights | 870 Taxes (U.S. Plaintiff or Defendant) | |
| | | 555 Prison Condition | 871 IRS—Third Party 26 USC 7609 | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION (Enter U.S. Civil Statute under which you are filing and write a brief statement of cause.)

Unfair or deceptive acts or practices in violation of 15 U.S.C. 45 (a), and 15 U.S.C. 6101 et seq.

## VII. PREVIOUS BANKRUPTCY MATTERS (For nature of suit 422 and 423, enter the case number and judge for any associated bankruptcy matter perviously adjudicated by a judge of this Court. Use a separate attachment if necessary)

## VIII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
- DEMAND $
- CHECK YES only if demanded in complaint:
- JURY DEMAND: [ ] Yes [x] No

## IX. This case
- [x] is not a refiling of a previously dismissed action.
- [ ] is a refiling of case number _____, previously dismissed by Judge _____

DATE: Sept. 29, 2008
SIGNATURE OF ATTORNEY OF RECORD: Theresa M. McGrew