## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, ) | |
| ) | Civil Action No. 08 CV 5560 |
| Plaintiff, ) | |
| ) | Judge John F. Grady |
| v. ) | |
| ) | Magistrate Judge Maria Valdez |
| GLENN L. PATTEN, individually and ) | |
| d/b/a Glenn L. Patten Marketing Solutions, ) | |
| and Marketing Solutions, ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF FILING

TO: Glenn L. Patten
414 South 13th Street
Tecumseh, OK 74873

**PLEASE TAKE NOTICE** that on September 29, 2008, the FTC filed the attached **Complaint** in the United States District Court for the Northern District of Illinois.

Dated: September 30, 2008

FEDERAL TRADE COMMISSION

WILLIAM BLUMENTHAL
General Counsel

s/ THERESA M. McGREW
THERESA M. McGREW
Federal Trade Commission
55 West Monroe Street, Suite 1825
Chicago, IL 60603
(312) 960-5634 [Ph.]
(312) 960-5600 [Fax]