Order Form (01/2005)

# United States District Court, Northern District of Illinois



| Name of Assigned Judge or Magistrate Judge | John F. Grady | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 5560 | **DATE** | 10/2/2008 |
| **CASE TITLE** | Federal Trade Commission vs. Patten | | |

**DOCKET ENTRY TEXT**

ENTER STIPULATED order for permanent injunction and final judgment. The court shall retain jurisdiction on this matter for purposes of construction, modification, and enforcement of this order. Judgment is therefore entered in favor of the plaintiff and against the defendant.

■ [ For further detail see separate order(s).]

Docketing to mail notices.



| | Courtroom Deputy Initials: | JD |
|---|---|---|

08C5560 Federal Trade Commission vs. Patten                                                         Page 1 of 1

Dockets.Justia.com